1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN MYERS,<br><br>Defendant | Case No.:  13CR1472-JLS<br><br>**JUDGMENT AND ORDER GRANTING UNOPPOSED MOTION TO DISMISS PURSUANT TO DEFERRED ENTRY OF JUDGMENT PLEA AGREEMENT** |

Upon motion of the United States with no opposition from defense, and for good cause shown,

IT IS ORDERED that the Unopposed Motion to Dismiss Pursuant to the Deferred Entry of Judgment Plea Agreement be granted without prejudice.

SO ORDERED.

Dated: March 4, 2014

_Janis L. Sammartino_

THE HONORABLE JANIS L. SAMMARTINO
United States District Judge